# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Rebecca C Eisenbrey, Federal ID No 3326959

Admission date: November, 27, 2018

Dated January 25, 2022, at Houston, Texas.

*Nathan Ochsner*

Nathan Ochsner, Clerk of Court

By: Claire Cassady, Deputy Clerk

